IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICHARD P. WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-785 |
| ) | (Chief Judge Hewitt) |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**FILE THE ADMINISTRATIVE RECORD ON DVD**

Pursuant to Appendix E of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests leave to file[1] the administrative record utilizing a Digital Versatile Disc (DVD).  This case is designated an electronic filing case pursuant to the Court's CM/ECF system.  Our administrative record in this case will exceed the four megabyte (MB) size limitation of electronic files and the 50-page limitation for printed documents provided in RCFC Appendix E and RCFC 5.4.

The administrative record is a voluminous set of documents that can be most efficiently delivered to the Court and the plaintiff upon a DVD.  This method will provide efficient and easy access to the record, because we can submit the record in searchable format.  We will also deliver a paper courtesy copy to the Court pursuant to RCFC Appendix E, paragraph 10.  Defendant will also send a paper copy of the record to plaintiff's counsel.

For these reasons, defendant respectfully requests that this motion for leave to file on DVD be granted.

---

[1] Plaintiff has indicated that he intends to file a motion for protective order in this case today.  The United States has no objection to entry of a protective order and will, of course, file the administrative record under seal if instructed to do so.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr. (by Patricia M. McCarthy)
REGINALD T. BLADES, JR.
Assistant Director

/s/ J. Hunter Bennett
J. HUNTER BENNETT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O Box 480
Ben Franklin Station
Washington, DC 20530
Phone: (202) 616-2279
Fax: (202) 514-8624

March 20, 2013          Attorneys for Defendant