# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| RICHARD P. WATSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 12-785C |
|  | ) | (Chief Judge Campbell-Smith) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, and the Order of the Court dated June 1, 2016, ECF No. 81, the parties to this matter, Mr. Richard P. Watson, Plaintiff, and the United States of America, Defendant, hereby stipulate to the dismissal *with prejudice* of counts one through four of Mr. Watson's amended complaint, ECF No. 49, and to the dismissal *without prejudice* of counts five and six of the amended complaint, *id*.  The parties respectfully request that the Court enter an order noticing the dismissal of this matter in the manner stated above.  The parties also express their gratitude to the Court for its sustained attention in this matter.

Respectfully submitted,

/s/  Raymond J. Toney
Raymond J. Toney
The Law Office of Raymond J. Toney
55 East 100 North, Suite 103
Logan, UT 84321
Tel: 435-787-6366, Fax: 510-239-5438
E-mail: rjtoney@militarylawpro.com

Counsel for Plaintiff

|  |  |
|---|---|
|  | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | /s Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| OF COUNSEL: | /s Alexis J. Echols |
| CPT. DANIEL D. HILL<br>Litigation Attorney<br>Military Personnel Litigation Branch<br>U.S. Army Litigation Division<br>9275 Gunston Road, 3rd Floor<br>Fort Belvoir, VA 22060-5546 | ALEXIS J. ECHOLS<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0463<br>Facsimile: (202) 307-2503 |
| June 7, 2016 | Attorneys for Defendant |