# In the United States Court of Federal Claims

No. 12-785 C

(E-Filed: November 3, 2016)

| | |
|---|---|
| RICHARD P. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the court is "Plaintiff's Unopposed Motion to Withdraw His Motion for Attorney Fees." ECF No. 95. Plaintiff represents that the motion is premised upon a settlement agreement reached by the parties on or about October 31, 2016. Id. Plaintiff further represents that he has consulted with defendant's counsel and defendant does not oppose this motion. Id. Plaintiff filed his motion for attorney's fees on July 1, 2016, ECF No. 84, and his withdrawal of the motion resolves all pending issues before the court in this matter. A stipulation of dismissal of this case was filed on June 7, 2016, and on this same date, an order noticing the dismissal was entered. See Stipulation, ECF No. 82; see also Notice, ECF No. 83. For the reasons stated therein, plaintiff's motion is **GRANTED**.

IT IS SO ORDERED.

s/ Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Chief Judge